**Order filed March 4, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00590-CV

_____

### IN THE INTEREST OF L.E.R., A CHILD, Appellant

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-03438J**

---

## O R D E R

The clerk's record was filed October 21, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Temporary Order Following Adversary Hearing, signed on July 12, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 11, 2022, containing the Temporary Order Following Adversary Hearing, signed on July 12, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer and Hassan